UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Northeastern Gear and Machine, Inc. | :   Chapter 11 |
| d/b/a Custom Gear and Machine | :   Bankruptcy No. 05-11617BIF |
| Debtor in Possession. | : |
| | : |
| EIN: 23-2789098 | : |

**DEBTOR-IN-POSSESSION'S APPLICATION
FOR EMPLOYMENT OF ATTORNEY**

Comes now, Dudley Maher, President, Northeastern Gear and Machine, Inc. d/b/a Custom Gear and Machine, and respectfully represents:

1. Applicant heretofore filed a petition under Chapter 11 of the Bankruptcy Code, and has continued in possession of its property and the management of its affairs.

2. Applicant wishes to employ Patricia M. Mayer, Esquire and the law firm of BELKNAP & MAYER, P.C. as its attorneys herein. The members of said firm are admitted to practice in this Court, have knowledge and experience in bankruptcy practice, and are well qualified to represent applicant.

3. In the administration of this case, the professional services that said attorneys will be required to render are:

   a. To advise Debtor with respect to its rights, powers, duties, and obligations as a Debtor-in-Possession in the administration of this case, the operation of its business, and the management of its property;

   b. To prepare pleadings, applications, and conduct examinations incidental to administration;

   c. To advise and represent applicant in connection with all applications, motions, or complaints for reclamation, adequate protection, sequestration, relief from stays, appointment of a trustee or examiner, and all other similar matters;

      d.      To develop the relationship of the status of Debtor-in-Possession to the claims of creditors in these proceedings;

      e.      To advise and assist the Debtor-in Possession in the formulation and presentation of a Plan pursuant to Chapter 11 of the Bankruptcy Code and concerning any and all matters relating thereto; and

      e.      To perform any and all other legal services incident and necessary herein.

4.      Applicant desires to employ the law firm of BELKNAP & MAYER, P.C. at the firm's ordinary rate for comparable work, plus reasonable expenses, subject to review by the Court. The firm has stated present fee rates as follows:

      a.      $ 5,000.00 Initial retainer;

      b.      $ 225.00 Patricia M. Mayer's hourly rate;

      c.      $ 225.00 Ann Hook Belknap's hourly rate; and

      d.      $ 85.00 Paralegals' hourly rate.

Rates may be adjusted from time to time to reflect economic and other conditions.

5.      To the best of applicant's knowledge, said attorneys represent no interests adverse to the Debtor-in-Possession or this estate in the matters upon which they are to be engaged for applicant, and their appointment will be in the best interest of this estate.

WHEREFORE, applicant prays that it be authorized to retain and employ Patricia M. Mayer, Esquire and the law firm of BELKNAP & MAYER, P.C. as its attorneys in these proceedings, and for such other and further relief as is just.

DATED:                              /S/ Dudley Maher
                                         Dudley Maher, President
                                         Northeastern Gear and Machine, Inc.
                                         d/b/a Custom Gear and Machine