UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Northeastern Gear and Machine, Inc. | : | Chapter 11 |
| d/b/a Custom Gear and Machine | : | Bankruptcy No. 05-11617BIF |
| Debtor in Possession. | : | |
| | : | |
| EIN: 23-2789098 | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Debtor-in-Possession's Application for

Employment of Attorney, Affidavit of Dudley Maher, President, Affidavit of Patricia M. Mayer,

Esquire and proposed Order was mailed, first-class mail, postage paid, on the 9th day of

February,2005 to the following:


Donald Walton
United States Trustee
833 Chestnut Street, 5th floor
Philadelphia, PA 19107


 /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
Attorney for Debtor-in-Possession