**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NORTHEASTERN GEAR AND MACHINE, INC. | : | CHAPTER 11 |
| | : | |
| Debtor | : | Bky. No.  05-11617BIF |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned attorneys appear for Rodaka Partners, L.P., a creditor and/or party in interest herein, and request that all notices given or required to be given in this case be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rules 2002(g), 9007, Local Rule 9014.1(c)(3), (g)(6) and 11 U.S.C. § 1109(d).

Please take further notice that the foregoing demands include not only notices and documents referred to in the Bankruptcy Rules and Local Rules specified above, but also includes, without limitation, any and all orders and notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or informal, written or oral, and whether transferred, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect, in any way, any of the rights or interests of the debtor, or any creditor or party in interest in this case, and which require or seek to require any act, delivery of any property, payment or other conduct by a secured party, the debtor or any other party in interest in this case.

DATE:   February 28, 2005          /s/   Eric L. Frank
                                   Eric L. Frank
                                   Attorney for Rodaka Partners, L.P.

                                   DiDonato & Winterhalter, P.C.
                                   1818 Market Street - Ste. 3520
                                   Philadelphia, PA 19103
                                   Tele: (215) 564-1840
                                   Fax: (215) 546-5597