# Belknap & Mayer, P.C.
## Fees by Client Detail - Northeastern Gear & Machine, Inc.
### February 1, 2005 through April 30, 2005

| Date | Item | Memo | Qty | Amount |
|---|---|---|---|---|
| **Northeastern Gear & Machine, Inc.** | | | | |
| 2/4/2005 | PMM-Phone Conference | with client re: Chapter 11 filing and with J. Crayton, Esq. re: same | 0.5 | 112.50 |
| 2/7/2005 | PMM-Conference | with client re: information needed for Chapter 11 filing and review of creditor information | 1.5 | 337.50 |
| 2/7/2005 | PMM-Prepare | emergency bankruptcy petition, 2016(b) Statement, list of equity security holders, list of top 2... | 1.7 | 382.50 |
| 2/7/2005 | PMM-Letter | to Robert Bricker, Esquire re: notice of bankruptcy filing | 0.6 | 135.00 |
| 2/7/2005 | PMM-Prepare | application to employ counsel, proposed order, attorney affidavit debtor's affidavit and certifi... | 1.5 | 337.50 |
| 2/7/2005 | PMM-Prepare | motion to extend time for filing schedules, proposed order and certificate of service | 1 | 225.00 |
| 2/8/2005 | PMM-Phone Conference | with Bob Maher re: lawsuits | 0.2 | 45.00 |
| 2/8/2005 | PMM-Phone Conference | with J. Crayton, Esq. re: pending lawsuits involving client | 0.2 | 45.00 |
| 2/8/2005 | PMM-Letter | to client re: status of bankruptcy filing | 0.4 | 90.00 |
| 2/9/2005 | PMM-Letter | to Richard Moore, Esq. re: notice of bankruptcy filing and Del-Val Industrial | 0.4 | 90.00 |
| 2/9/2005 | PMM-Prepare | suggestions of bankruptcy, certificates of service and letters to Judges re: 5 pending civil mat... | 2.5 | 562.50 |
| 2/10/2005 | PMM-Phone Conference | with Mort Branzburg, Esq. re: potential purchasers of equipment and follow-up letter to client r... | 0.3 | 67.50 |
| 2/10/2005 | PMM-Letter | to Jonathan Moore, Esq. re: Citizens Bank | 0.4 | 90.00 |
| 2/14/2005 | PMM-Phone Conference | with client re: trustee requirements of debtor in possession and follow-up letter to client re: ... | 1 | 225.00 |
| 2/15/2005 | PMM-Letter | to Laird Plastics and Innovative Rack re: bankruptcy filing | 0.5 | 112.50 |
| 2/16/2005 | PMM-Phone Conference | with client re: information relating to sale of equipment and direction of case | 0.3 | 67.50 |
| 2/17/2005 | PMM-Phone Conference | with J. Crayton, Esq. re: case status | 0.3 | 67.50 |
| 2/17/2005 | PMM-Conference | with client re: Citizens Bank and relief from stay and sale of equipment | 1 | 225.00 |
| 2/18/2005 | PMM-Phone Conference | with David DeBruin, Esq. re: Citizens Bank and stipulation for relief from stay | 0.2 | 45.00 |
| 2/18/2005 | PMM-Phone Conference | with Maureen Ostein, Esq. re: Hillside v. Custom Stock Gear and bankruptcy filing | 0.2 | 45.00 |
| 2/23/2005 | PMM-Phone Conference | with Joe Kerns at Wells Fargo re: sale of equipment | 0.2 | 45.00 |
| 2/24/2005 | PMM-Phone Conference | with client re: Citizens Bank | 0.3 | 67.50 |
| 2/28/2005 | PMM-Review | motion for relief filed by Citizens Bank and phone conference with client re: same | 0.3 | 67.50 |
| 3/1/2005 | PMM-Phone Conference | with client re: equipment to be sold | 0.3 | 67.50 |
| 3/2/2005 | PMM-Review | Stipulation resolving Citizens Bank motion for relief and Phone conference with client re: same | 0.5 | 112.50 |
| 3/2/2005 | PMM-Phone Conference | with client re: information needed for schedules | 0.4 | 90.00 |
| 3/4/2005 | PMM-Prepare | Bankruptcy schedules, Statement of Financial Affairs and Creditor Matrix and Letter to client re... | 1 | 225.00 |
| 3/8/2005 | PMM-Phone Conference | with David DeBruin, Esquire re: Order on Motion for Relief | 0.2 | 45.00 |
| 3/9/2005 | PMM-Review | of Motion for Relief filed by Rodaka Partners and Phone conference with client re: same | 0.2 | 45.00 |
| 3/10/2005 | PMM-Prepare | Motion to Dismiss Case, proposed Order, Notice of Hearing and Certificate of Service | 1 | 225.00 |
| 3/17/2005 | PMM-Phone Conference | with client re: status of Citizens Bank motion for relief and trustee reports | 0.3 | 67.50 |
| 3/21/2005 | PMM-Letter | from David Fitzsimmons, Esq. re: Calabrese & Sons equipment and follow up phone conference with... | 0.4 | 90.00 |
| 3/21/2005 | PMM-Review | Trustee's objection to motion to dismiss and phone conference with counsel re: same | 0.2 | 45.00 |
| 4/5/2005 | PMM-Phone Conference | with client re: Calabrese & Sons equipment and follow up phone conference with client re: same | 0.2 | 45.00 |
| 4/5/2005 | PMM-Phone Conference | with Kevin Callahan, Esquire re: 341 meeting and document request | 0.1 | 22.50 |
| 4/8/2005 | PMM-Phone Conference | with David DeBruin, Esquire re: 341 meeting; follow up phone conference with client and lette... | 0.8 | 180.00 |
| 4/18/2005 | PMM-Phone Conference | with Kevin Callahan, Esquire re: sale of assets; follow up phone conference with client re: same | 0.3 | 67.50 |
| 4/19/2005 | PMM-Phone Conference | with client and Preparation for dismissal hearing | 0.5 | 112.50 |
| 4/20/2005 | PMM-Court Appearance | on motion to dismiss | 2 | 450.00 |
| 4/20/2005 | PMM-Phone Conference | with client re: documents needed for 341 | 0.3 | 67.50 |
| 4/25/2005 | PMM-Phone Conference | with Robert Maher re: 341 and Manchester Enterprises | 0.3 | 67.50 |
| 4/26/2005 | PMM-Phone Conference | with client re: sale of assets and follow up phone conference with David DeBruin, Esquire re: same | 2 | 450.00 |
| 4/27/2005 | PMM-Conference | with client to prepare for 341 meeting and review of documents requested by trustee | 2.5 | 562.50 |
| 4/28/2005 | PMM-Court Appearance | at 341 meeting of creditors | | |
| Total Northeastern Gear & Machine, Inc. | | | | 6,592.50 |
| **TOTAL** | | | | **6,592.50** |

**Belknap & Mayer, P.C.**
Attorneys at Law
2222 Trenton Road
Levittown, PA 19056
215-943-9800

# Statement

| Date |
|---|
| 2/28/2005 |

To:

Northeastern Gear & Machine, Inc.
Dudley Maher, President
1562 Birchwood Avenue
Roslyn, PA 19001

| Terms | Amount Due |
|---|---|
| Due on receipt | $521.96 |

| Date | Service | Description | Amount | Balance |
|---|---|---|---|---|
| 01/31/2005 | | Balance forward | | 0.00 |
| 02/04/2005 | PMM-Phone Conference | with client re: Chapter 11 filing and with J. Crayton, Esq. re: same | 112.50 | 112.50 |
| 02/07/2005 | | PMT #wire transfer. | -3,839.00 | -3,726.50 |
| 02/07/2005 | Filing & Court Fees | Filing & Court Fees | 839.00 | -2,887.50 |
| 02/07/2005 | Printing and Copying | Printing and Copying | 1.50 | -2,886.00 |
| 02/07/2005 | Fax | | 4.00 | -2,882.00 |
| 02/07/2005 | PMM-Conference | with client re: information needed for Chapter 11 filing and review of creditor information | 337.50 | -2,544.50 |
| 02/07/2005 | PMM-Prepare | emergency bankruptcy petition, 2016(b) Statement, list of equity security holders, list of top 20 unsecured creditors and corporate resolution and review same with client | 382.50 | -2,162.00 |
| 02/07/2005 | PMM-Letter | to Robert Bricker, Esquire re: notice of bankruptcy filing | 135.00 | -2,027.00 |
| 02/07/2005 | PMM-Prepare | application to employ counsel, proposed order, attorney affidavit debtor's affidavit and certificate of service | 337.50 | -1,689.50 |
| 02/07/2005 | PMM-Prepare | motion to extend time for filing schedules, proposed order and certificate of service | 225.00 | -1,464.50 |
| 02/08/2005 | PMM-Phone Conference | with Bob Maher re: lawsuits | 45.00 | -1,419.50 |
| 02/08/2005 | PMM-Phone Conference | with J. Crayton, Esq. re: pending lawsuits involving client | 45.00 | -1,374.50 |
| 02/08/2005 | PMM-Letter | to client re: status of bankruptcy filing | 90.00 | -1,284.50 |
| 02/09/2005 | Printing and Copying | Printing and Copying | 2.25 | -1,282.25 |
| 02/09/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1.34 | -1,280.91 |
| 02/09/2005 | PMM-Letter | to Richard Moore, Esq. re: notice of bankruptcy fiing and Del-Val Industrial | 90.00 | -1,190.91 |
| 02/09/2005 | PMM-Prepare | suggestions of bankruptcy, certificates of service and letters to Judges re: 5 pending civil matters | 562.50 | -628.41 |
| 02/10/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 4.76 | -623.65 |
| 02/10/2005 | Printing and Copying | Printing and Copying | 13.00 | -610.65 |

| AMOUNT DUE |
|---|
| $521.96 |

**Belknap & Mayer, P.C.**
Attorneys at Law
2222 Trenton Road
Levittown, PA  19056
215-943-9800

# Statement

| Date |
|---|
| 2/28/2005 |

To:

Northeastern Gear & Machine, Inc.
Dudley Maher, President
1562 Birchwood Avenue
Roslyn, PA  19001

| Terms | Amount Due |
|---|---|
| Due on receipt | $521.96 |

| Date | Service | Description | Amount | Balance |
|---|---|---|---|---|
| 02/10/2005 | Fax | from client | 2.50 | -608.15 |
| 02/10/2005 | PMM-Phone Conference | with Mort Branzburg, Esq. re: potential purchasers of equipment and follow-up letter to client re: same | 67.50 | -540.65 |
| 02/10/2005 | PMM-Letter | to Jonathan Moore, Esq. re: Citizens Bank | 90.00 | -450.65 |
| 02/14/2005 | PMM-Phone Conference | with client re: trustee requirements of debtor in possession and follow-up letter to client re: same | 225.00 | -225.65 |
| 02/15/2005 | Fax | from client | 0.50 | -225.15 |
| 02/15/2005 | Printing and Copying | Printing and Copying | 1.50 | -223.65 |
| 02/15/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1.11 | -222.54 |
| 02/15/2005 | PMM-Letter | to Laird Plastics and Innovative Rack re: bankruptcy filing | 112.50 | -110.04 |
| 02/16/2005 | Fax | to Geitz Machine | 2.00 | -108.04 |
| 02/16/2005 | PMM-Phone Conference | with client re: information relating to sale of equipment and direction of case | 67.50 | -40.54 |
| 02/17/2005 | PMM-Phone Conference | with J. Crayton, Esq. re: case status | 67.50 | 26.96 |
| 02/18/2005 | PMM-Conference | with client re: Citizens Bank and relief from stay and sale of equipment | 225.00 | 251.96 |
| 02/18/2005 | PMM-Phone Conference | with David DeBruin, Esq. re: Citizens Bank and stipulation for relief from stay | 45.00 | 296.96 |
| 02/18/2005 | PMM-Phone Conference | with Maureen Ostein, Esq. re: Hillside v. Custom Stock Gear and bankruptcy filing | 45.00 | 341.96 |
| 02/23/2005 | PMM-Phone Conference | with Joe Kerns at Wells Fargo re: sale of equipment | 45.00 | 386.96 |
| 02/24/2005 | PMM-Phone Conference | with client re: Citizens Bank | 67.50 | 454.46 |
| 02/28/2005 | PMM-Review | motion for relief filed by Citizens Bank and phone conference with client re: same | 67.50 | 521.96 |

| AMOUNT DUE |
|---|
| $521.96 |

**Belknap & Mayer, P.C.**
Attorneys at Law
2222 Trenton Road
Levittown, PA  19056
215-943-9800

# Statement

| Date |
|---|
| 3/31/2005 |

To:

Northeastern Gear & Machine, Inc.
Dudley Maher, President
1562 Birchwood Avenue
Roslyn, PA  19001

| Terms | Amount Due |
|---|---|
| Due on receipt | $-374.15 |

| Date | Service | Description | Amount | Balance |
|---|---|---|---|---|
| 02/28/2005 | | Balance forward | | 521.96 |
| 03/01/2005 | PMM-Phone Conference | with client re: equipment to be sold | 67.50 | 589.46 |
| 03/02/2005 | PMM-Review | Stipulation resolving Citizens Bank motion for relief and Phone conference with client re: same | 112.50 | 701.96 |
| 03/02/2005 | PMM-Phone Conference | with client re: information needed for schedules | 90.00 | 791.96 |
| 03/03/2005 | Printing and Copying | Printing and Copying | 11.25 | 803.21 |
| 03/03/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 2.12 | 805.33 |
| 03/04/2005 | Printing and Copying | Printing and Copying | 9.50 | 814.83 |
| 03/04/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1.98 | 816.81 |
| 03/04/2005 | PMM-Prepare | Bankruptcy schedules, Statement of Financial Affairs and Creditor Matrix and Letter to client re: same | 225.00 | 1,041.81 |
| 03/08/2005 | PMM-Phone Conference | with David DeBruin, Esquire re: Order on Motion for Relief | 45.00 | 1,086.81 |
| 03/09/2005 | PMM-Review | of Motion for Relief filed by Rodaka Partners and Phone conference with client re: same | 45.00 | 1,131.81 |
| 03/10/2005 | PMM-Prepare | Motion to Dismiss Case, proposed Order, Notice of Hearing and Certificate of Service | 225.00 | 1,356.81 |
| 03/11/2005 | Printing and Copying | Printing and Copying | 21.00 | 1,377.81 |
| 03/11/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 5.81 | 1,383.62 |
| 03/11/2005 | Printing and Copying | Printing and Copying | 29.00 | 1,412.62 |
| 03/11/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 10.73 | 1,423.35 |
| 03/14/2005 | | PMT #6779. Dudley & Mary Maher | -2,000.00 | -576.65 |
| 03/17/2005 | PMM-Phone Conference | with client re: status of Citizens Bank motion for relief and trustee reports | 67.50 | -509.15 |
| 03/21/2005 | PMM-Letter | from David Fitzsimmons, Esq. re: Calabrese & Sons equipment and follow up phone conference with client re: same | 90.00 | -419.15 |

| AMOUNT DUE |
|---|
| $-374.15 |

**Belknap & Mayer, P.C.**
Attorneys at Law
2222 Trenton Road
Levittown, PA  19056
215-943-9800

# Statement

| Date |
|---|
| 3/31/2005 |

To:

Northeastern Gear & Machine, Inc.
Dudley Maher, President
1562 Birchwood Avenue
Roslyn, PA  19001

| Terms | Amount Due |
|---|---|
| Due on receipt | $-374.15 |

| Date | Service | Description | Amount | Balance |
|---|---|---|---|---|
| 03/21/2005 | PMM-Review | Trustee's objection to motion to dismiss and phone conference with client re: same | 45.00 | -374.15 |

| AMOUNT DUE |
|---|
| $-374.15 |

**Belknap & Mayer, P.C.**
Attorneys at Law
2222 Trenton Road
Levittown, PA  19056
215-943-9800

# Statement

| Date |
|---|
| 4/30/2005 |

To:

Northeastern Gear & Machine, Inc.
Dudley Maher, President
1562 Birchwood Avenue
Roslyn, PA  19001

| Terms | Amount Due |
|---|---|
| Due on receipt | $1,718.35 |

| Date | Service | Description | Amount | Balance |
|---|---|---|---|---|
| 03/31/2005 | | Balance forward | | -374.15 |
| 04/05/2005 | PMM-Phone Conference | with client re: Calabrese & Sons equipment and follow up phone conference with counsel re: same | 45.00 | -329.15 |
| 04/05/2005 | PMM-Phone Conference | with Kevin Callahan, Esquire re: 341 meeting and document request | 22.50 | -306.65 |
| 04/08/2005 | PMM-Phone Conference | with David DeBruin, Esquire re: sale of assets; follow up phone conference with client and letter to David DeBruin, Esquire re: same. | 180.00 | -126.65 |
| 04/18/2005 | PMM-Phone Conference | with Kevin Callahan, Esquire re: sale of assets and phone conference with client re: same | 67.50 | -59.15 |
| 04/19/2005 | PMM-Conference | with client and Preparation for dismissal hearing | 112.50 | 53.35 |
| 04/20/2005 | PMM-Court Appearance | on motion to dismiss | 450.00 | 503.35 |
| 04/20/2005 | PMM-Phone Conference | with client re: documents needed for 341 | 67.50 | 570.85 |
| 04/25/2005 | PMM-Phone Conference | with Robert Maher re: 341 and Manchester Enterprises | 67.50 | 638.35 |
| 04/26/2005 | PMM-Phone Conference | with client re: sale of assets and follow up phone conference with David DeBruin, Esquire re: same | 67.50 | 705.85 |
| 04/27/2005 | PMM-Conference | with client to prepare for 341 meeting and review of documents requested by trustee | 450.00 | 1,155.85 |
| 04/28/2005 | PMM-Court Appearance | at 341 meeting of creditors | 562.50 | 1,718.35 |

| AMOUNT DUE |
|---|
| $1,718.35 |