## EXHIBIT B

| | | | |
|---|---|---|---|
| Facsimile Transmissions | 36 pages x $ 0.25 per page | = | $ 9.00 |
| Photocopies:<br>    Office copies | 356 pages x $ 0.25 per page | = | $ 89.00 |
| Postage | | | $ 27.85 |
| Filing Fees | | | $839.00 |
| **TOTAL EXPENSES** | | | **$964.85** |

**Belknap & Mayer, P.C.**
## Costs by Client Detail - Northeastern Gear & Machine, Inc.
### February 1, 2005 through April 30, 2005

| Date | Item | Memo | Qty | Amount |
|---|---|---|---|---|
| **Northeastern Gear & Machine, Inc.** | | | | |
| 2/7/2005 | Filing & Court Fees | Filing & Court Fees | 1 | 839.00 |
| 2/7/2005 | Printing and Copying | Printing and Copying | 6 | 1.50 |
| 2/7/2005 | Fax | | 16 * | 4.00 |
| 2/9/2005 | Printing and Copying | Printing and Copying | 9 | 2.25 |
| 2/9/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 1.34 |
| 2/10/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 4.76 |
| 2/10/2005 | Printing and Copying | Printing and Copying | 52 | 13.00 |
| 2/10/2005 | Fax | from client | 10 | 2.50 |
| 2/15/2005 | Fax | from client | 2 | 0.50 |
| 2/15/2005 | Printing and Copying | Printing and Copying | 6 | 1.50 |
| 2/15/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 1.11 |
| 2/16/2005 | Fax | to Geitz Machine | 8 | 2.00 |
| 3/3/2005 | Printing and Copying | Printing and Copying | 45 | 11.25 |
| 3/3/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 2.12 |
| 3/4/2005 | Printing and Copying | Printing and Copying | 38 | 9.50 |
| 3/4/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 1.98 |
| 3/11/2005 | Printing and Copying | Printing and Copying | 84 | 21.00 |
| 3/11/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 5.81 |
| 3/11/2005 | Printing and Copying | Printing and Copying | 116 | 29.00 |
| 3/11/2005 | Postage and Delivery Fees | Postage and Delivery Fees | 1 | 10.73 |
| Total Northeastern Gear & Machine, Inc. | | | | 964.85 |
| **TOTAL** | | | | **964.85** |